**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Magistrate No. 26-mj-50** |
| v. | : | |
| | : | **VIOLATIONS:** |
| **ANDREW WALTER JACOBSON** | : | **18 U.S.C. § 2422(b)** |
| | : | **(Coercion and Enticement of a Minor)** |
| **Defendant.** | : | |
| | : | **FORFEITURE: 21 U.S.C. § 853(p),** |
| | : | **18 U.S.C. § 2428** |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

Between on or about January 1, 2026, and on or about January 31, 2026, in the District of Columbia and elsewhere, the defendant, **ANDREW WALTER JACOBSON**, using any facility or means of interstate and foreign commerce, knowingly persuaded, induced, enticed, and coerced and attempted to persuade, induce, entice, and coerce any individual who has not attained the age of 18 years old to engage in any sexual activity for which any person can be charged with a criminal offense.

**(Coercion and Enticement of a Minor,** in violation of Title 18, United States Code, Section 2422(b))

## FORFEITURE NOTICE

1.    Upon conviction of the offense alleged in Count One of this Information, the defendant, **ANDREW WALTER JACOBSON**, shall forfeit to the United States (1) such person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and (2) any property, real or personal, constituting

1

or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 2428.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2428 and Title 21, United States Code, Section 853(p))

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      _____/s/ *Richard S. Kelley*_____
Richard S. Kelley
Assistant United States Attorney
DC Bar No. 1026390
601 D Street, NW,
Washington, DC 20530
richard.kelley2@usdoj.gov
(202) 834-3571